753 A.2d 1289

## COMMONWEALTH of Pennsylvania, Appellee,

v.

## Carl Arthur DAVIS, Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 17, 1999.

Decided June 23, 2000.

Basil G. Rusin, Public Defender, William Ruzzo, Asst. Public Defender, Public Defender's Office, for Carl Davis.

Peter Paul Olszewski, Dist. Atty., Frank P. Barletta, Asst. Dist. Atty., Dist. Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NIGRO dissents.